Brian C. Augenthaler, WSBA #44022
KEATING, BUCKLIN & McCORMACK, INC., P.S.
1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone:  (206) 623-8861
Fax:  (206) 223-9423
Email:  baugenthaler@kbmlawyers.com
*Attorney for Defendant City of Spokane*
*Police Department, Meidl, Spiering and Belitz*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ANDREI JOHNSON, a single person,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SPOKANE POLICE DEPARTMENT, CHIEF CRAIG MEIDL, NATE SPIERING, and TODD BELITZ, each in their personal and representative capacities.<br>,<br><br>                    Defendants. | No.  2:25-cv-00085<br><br>NOTICE OF REMOVAL<br><br>(Spokane County Superior Court, Cause No. 25-2-00744-32) |

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendants City of Spokane Police Department, Chief Craig Meidl, Nate Spiering and Todd Belitz, each in their personal and representative capacities hereby removes the above-entitled action to the United States District Court for the Eastern District of Washington at Spokane.  Defendants City of Spokane Police Department, Chief Craig Meidl, Nate Spiering and Todd Belitz state:

1.    The above-entitled action was filed in the Superior Court of

NOTICE OF REMOVAL - 1
1053-00020/742587

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Spokane County, Cause No. 25-2-00744-32. A true and correct copy of the Complaint is attached as **Exhibit A**.

2.      Jurisdiction of this Court is based on 28 U.S.C. § 1331.

3.      Plaintiff's various claims seek damages for excessive force under the Fourth and Fourteenth Amendments, liability under *Monell*, violations of the Americans with Disabilities Act, assault and battery, negligence and gross negligence, and intentional infliction of emotional distress.

4.      Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendants are attached to counsel's verification.

5.      Defendants City of Spokane Police Department, Chief Craig Meidl, Nate Spiering and Todd Belitz reserve any and all affirmative defenses, including but not limited to insufficient service of process.

DATED: March 13, 2025

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Brian C. Augenthaler*
    Brian C. Augenthaler, WSBA #44022
*Attorney for Defendant City of Spokane Police Department, Meidl, Spiering and Belitz*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone:      (206) 623-8861
Fax:   (206) 223-9423
Email:      baugenthaler@kbmlawyers.com

NOTICE OF REMOVAL - 2
1053-00020/742587

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system/E-Mail which will send notification of such filing to the following:

**Attorneys for Plaintiff**
MARCUS SWEETS , WSBA No. 52895
ISAIAH T. PETERSON, WSBA No. 49794
SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
T: 509-328-0678
Email:  MSweetser@SweetserLawOffice.com
IPeterson@SweetserLawOffice.com; kjohnson@sweetserlawoffice.com
asmith@sweetserlawoffice.com


DATED:  March 13, 2025

       */s/ Lindsey E. Martin*
       Lindsey E. Martin, Legal Assistant

NOTICE OF REMOVAL - 3

1053-00020/742587

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423