Brian C. Augenthaler, WSBA #44022
KEATING, BUCKLIN & McCORMACK, INC., P.S.
1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone:  (206) 623-8861
Fax:  (206) 223-9423
Email:  baugenthaler@kbmlawyers.com
*Attorney for Defendant City of Spokane Police Department, Meidl, Spiering and Belitz*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ANDREI JOHNSON, a single person,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SPOKANE POLICE DEPARTMENT, CHIEF CRAIG MEIDL, NATE SPIERING, and TODD BELITZ, each in their personal and representative capacities.,<br><br>    Defendants. | No. 2:25-cv-00085<br><br>**VERIFICATION OF COUNSEL** |

I, Brian C. Augenthaler, state and verify as follows:

1.    I am an attorney with the law firm of Keating, Bucklin & McCormack, Inc. P.S., and counsel for Defendants City of Spokane Police Department, Chief Craig Meidl, Nate Spiering and Todd Belitz.  I have personal knowledge of the facts set forth in this verification and am otherwise competent to testify to the matters set forth herein.

VERIFICATION OF COUNSEL - 1
25-2-00744-32

1053-00020/! - Verification of Counsel

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

2. I verify that I reviewed the Spokane County Superior Court docket for cause number 25-2-00744-32 and that the following **Exhibits A - I** attached hereto are true and correct copies of all the records and proceedings that are on file with the Clerk of the Spokane County Superior Court in this matter as of March 13, 2025.

**Exhibit A**: Case Information Cover Sheet
**Exhibit B**: Summons Defendant Todd Belitz
**Exhibit C**: Summons Defendant Chief Craig Meidl
**Exhibit D**: Summons Defendant Spokane Police Department
**Exhibit E**: Summons Defendant Nate Spiering
**Exhibit F**: Complaint
**Exhibit G**: Case Assignment Notice and Order
**Exhibit H**: Notice of Status Conference
**Exhibit I**: Notice of Appearance for Defendants

I declare under penalty of perjury that the foregoing is true and correct.

VERIFICATION OF COUNSEL - 2
25-2-00744-32

1053-00020/! - Verification of Counsel

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED: March 13, 2025

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Brian C. Augenthaler*
   Brian C. Augenthaler, WSBA #44022
*Attorneys for Defendant City of Spokane Police Department, Meidl, Spiering and Belitz*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: baugenthaler@kbmlawyers.com

VERIFICATION OF COUNSEL - 3
25-2-00744-32

1053-00020/! - Verification of Counsel

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## DECLARATION OF SERVICE

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system/E-Mail which will send notification of such filing to the following:

**Attorneys for Plaintiff**

MARCUS SWEETS, WSBA No. 52895
ISAIAH T. PETERSON, WSBA No. 49794
SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
T: 509-328-0678
Email: MSweetser@SweetserLawOffice.com
IPeterson@SweetserLawOffice.com; kjohnson@sweetserlawoffice.com
asmith@sweetserlawoffice.com

DATED: March 13, 2025

*/s/ Lindsey E. Martin*
Lindsey E. Martin, Legal Assistant

VERIFICATION OF COUNSEL - 4
25-2-00744-32

1053-00020/! - Verification of Counsel

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423