**EXHIBIT A**

**CASE NUMBER
2520074432
SN:1.0 PC:1**

SPOKANE COUNTY CLERK INDEXING SHEET

*...cribes this case. This classification in no way affects the legal action of the case*

25-2-00744-32

**... NO.**

FILED
2/11/2025
Timothy W Fitzgerald
Spokane County Clerk

### Tort
- [ ] * Medical Malpractice (MED)
- [ ] * Personal Injury (PIN)
- [ ] * Property Damage (PRP)
- [ ] * Wrongful Death (WDE)
- [ ] * Other Malpractice (MAL)
- [ ] * Tort Motor Vehicle (TMV)
- [x] * Tort – Other (TTO)
- [ ] Victim of Motor Vehicle Theft (VVT)

### Contract/Commercial
- [ ] Collection (COL)
- [ ] Commercial Non-Contract (COL)
- [ ] * Commercial/Contract (COM)

### Property Rights
- [ ] * Condemnation (CON)
- [ ] * Foreclosure (FOR)
- [ ] * Quiet Title (QTI)
- [ ] * Land Use Petition (LUP)
- [ ] Unlawful Detainer (UND)
- [ ] Property Fairness Act (PFA)

### Protection Order
- [ ] Canadian DV Protection Order (CNV)
- [ ] Civil Harassment (CPO)
- [ ] Domestic Violence Protection (CPO)
- [ ] Extreme Risk Protection Order (XRP)
- [ ] Extreme Risk Protection Order Under 18 (XRU)
- [ ] Foreign Protection Order (FPO)
- [ ] Sexual Assault Protection (CPO)
- [ ] Stalking Protection (CPO)
- [ ] Vulnerable Adult Protection (CPO)

### Other Complaint/ Petition
- [ ] Abusive Litigation (ABL)
- [ ] Change of Name (Non-Confidential) (CHN)
- [ ] * Injunction (INJ)
- [ ] Malicious Harassment (MHA)
- [ ] Petition for Civil Comm (Sexual Predator) (PCC)
- [ ] Seizure of Prop from Commission of a Crime (SPC)
- [ ] Seizure of Prop from a Crime (SPR)
- [ ] Property Damage – Gangs (PRG)
- [ ] Public Records Act (PRA)
- [ ] School District – Required Action Plan (SDR)
- [ ] Miscellaneous (MSC)
- [ ] Emancipation of Minor (EOM)
- [ ] * Minor Settlement (MST)
- [ ] * Structured Settlement (MSC)
- [ ] Relief from Duty to Register (RDR)
- [ ] Restoration of Firearm Rights (RFR)

### Writs
- [ ] Writ of Habeas Corpus (WHC)
- [ ] Miscellaneous Writs (WMV)

### Appeal/Review
- [ ] * Administrative Law Review (ALR)
- [ ] * Lower Court Appeal – Civil (LCA)
- [ ] * Lower Court Appeal – Traffic (LCI)
- [ ] * Dept. of Licensing Revocation (DOL)

### Judgment
- [ ] Tax Warrants (TAX)
- [ ] Abstract of Judgment (ABJ)
- [ ] Transcript of Judgment (TRJ)
- [ ] Foreign Judgment (FJU)

### DOMESTIC
- [ ] ** Annulment – Invalidity (INV)
- [ ] ** Dissolution with Children (DIC)
- [ ] ** Dissolution – No Children (DIN)
- [ ] ** Dissolution Dom Partnership with Children (DPC)
- [ ] ** Dissolution Dom Partnership – No Children (DPN)
- [ ] ** Invalidity – Domestic Partnership (INP)
- [ ] ** Legal Separation (SEP)
- [ ] ** Legal Separation – Domestic Partnership (SPD)
- [ ] ** Parenting Plan/Child Support (PPS)
- [ ] * Committed Intimate Relationship w/Children (CIR)
- [ ] * Committed Intimate Relationship -No Children (CIR)
- [ ] * DeFacto Parentage (DFP)
- [ ] Modification (MOD)
- [ ] Modification: Support Only (MDS)
- [ ] Out of State Custody (OSC)
- [ ] Foreign Judgment (FJU)
- [ ] Mandatory Wage Assignment (MWA)
- [ ] Miscellaneous (MSC)
- [ ] *** Relative Visitation (RCV)
- [ ] Reciprocal, Respondent-In-County (RIC)
- [ ] Reciprocal, Respondent-Out-of-County (ROC)

### PATERNITY/ADOPTION
#### Paternity
- [ ] Paternity (PAT)
- [ ] Paternity/URESA/UIFSA (PUR)

#### Adoption
- [ ] Adoption (ADP)
- [ ] Confidential Intermediary (MSC)
- [ ] Relinquishment (REL)
- [ ] Initial Pre-Placement Report (PPR)

#### DV/AH – Name Change
- [ ] Confidential Name Change (CHN)

### PROBATE/GUARDIANSHIP
- [ ] Absentee (ABS)
- [ ] Disclaimer (DSC)
- [ ] Estate (EST)
- [ ] Foreign Will (FNW)
- [ ] Will Only (WLL)
- [ ] Miscellaneous (MSC)
- [ ] Trust (TRS)
- [ ] Trust/Estate Dispute Resolution (TDR)
- [ ] Sealed Will Repository (SWR)
- [ ] Small Estate Affidavit (SEA)
- [ ] Guardianship (GDN)
- [ ] Guardianship of the Person (GDN)
- [ ] * Minor Guardianship Custody (MGC)
- [ ] Non-Probate Notice to Creditors (NNC)
- [ ] Emergency Minor Guardianship (EMG)
- [ ] Emergency Minor Guardianship/Conservatorship (EGC)
- [ ] Minor Conservatorship (MCE)
- [ ] Standby Minor Guardianship (SMG)
- [ ] Limited Guardianship (LGD)
- [ ] Limited Guardianship of the Person (LGP)
- [ ] Limited Guardianship of the Estate (LGE)
- [ ] * Minor Settlement (MST)

**ATTENTION:**
- CASES MARKED WITH AN * RECEIVE A CASE ASSIGNMENT NOTICE
- CASES MARKED WITH ** RECEIVE A CASE ASSIGNMENT NOTICE AND A COURT'S AUTOMATIC TEMPORARY ORDER
- CASES MARKED WITH *** RECEIVE A CASE ASSIGNMENT NOTICE WITH A JUDGE ONLY

TIMOTHY W. FITZGERALD, SPOKANE COUNTY CLERK | 1116 W BROADWAY AVE ROOM 300 | SPOKANE WA 99260 | 509.477.2211          Revised 07/2022