**EXHIBIT B**

```
CASE NUMBER
2520074432
SN:2.0 PC:2
```

FILED
2/11/2025
Timothy W Fitzgerald
Spokane County Clerk

SUPERIOR COURT OF WASHINGTON FOR SPOKANE COUNTY

ANDREI JOHNSON, a single person,

    Plaintiff,

vs.

CITY OF SPOKANE POLICE DEPARTMENT, Chief Craig Meidl, Nate Spiering, and Todd Belitz, each in their personal and representative capacities,

    Defendants.

CASE NO: 25-2-00744-32

**SUMMONS DEFENDANT TODD BELITZ**

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S). THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY (20) DAYS OR WITHIN SIXTY (60) DAYS IF THIS SUMMONS WAS SERVED OUTSIDE THE STATE OF WASHINGTON. READ THE INFORMATION BELOW.**

**TO: DEFENDANT TODD BELITZ**

A lawsuit has been started against you in the above-entitled court by ANDREI JOHNSON, Plaintiff. Plaintiffs' claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against the lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiffs within 20 days after the service of this Summons, **or within 60 days if this Summons was served outside the State of Washington**, excluding the day of service, or a default judgment may be

SUMMONS - 1

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

1 entered against you without notice. A default judgment is one where the Plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file the lawsuit with the court. If you do so, the demand must be in writing and must be served upon the Plaintiffs. Within 14 days after the service of the demand, the Plaintiffs must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is stated pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED at Spokane, Washington, this _11_ day of February, 2025.

SWEETSER LAW OFFICE, PLLC

MARCUS SWEETSER, WSBA No. 52895
ISAIAH T. PETERSON, WSBA No. 49794
Attorneys for Plaintiffs
1020 N. Washington
Spokane, WA 99201
Tele No: 509-328-0678

SUMMONS - 2

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678