**EXHIBIT G**

```
CASE NUMBER
2520074432
SN:7.0 PC:1
```

**FILED**

FEB 11, 2025
Timothy W Fitzgerald
Spokane County Clerk

|  | (Copy Receipt) | Clerk's Date Stamp |
|---|---|---|
|  **SUPERIOR COURT OF WASHINGTON**<br>**COUNTY OF SPOKANE** | **JUDGE JULIE M. MCKAY 96** | |
| JOHNSON, ANDREI<br><br>Plaintiff(s)/Petitioner(s),<br>vs.<br>CHIEF CRAIG MEIDL ETAL<br><br>Defendant(s)/Respondent(s). | CASE NO. 25-2-00744-32<br><br>**CASE ASSIGNMENT NOTICE AND ORDER (NTAS)**<br><br>**CASE STATUS CONFERENCE DATE:**<br>MAY 16, 2025 AT 8:30 AM | |

**ORDER**

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to **JUDGE Julie M. McKay.**

<u>**You are required to attend a Case Status Conference before your assigned judge on the date also noted above. The Joint Case Status Report must be completed and brought to the Status Conference. A Case Schedule Order, with the trial date, will be issued at the Status Conference.**</u>

Under the individual calendar system, the court will operate on a four-day trial week. Trials will commence on Monday, Tuesday, Wednesday or Thursday. Motion Calendars are held on Friday. All motions, other than ex parte motions, must be scheduled with the assigned judge. Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court. Pursuant to LCR 40 (b) (9), motions must be confirmed no later than 12:00 noon three days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case. You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at **https://www.spokanecounty.org/4625/Superior-Court**

DATED: 02/11/2025

*Michelle D. Szambelan* (signature)

MICHELLE D. SZAMBELAN
PRESIDING JUDGE

NOTICE: The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).

CASE ASSIGNMENT NOTICE    LAR 0.4.1(b)   (4/2001)   CASGN                      Page 1 of 1