**EXHIBIT H**



SPOKANE COUNTY COURT HOUSE

CN: 2520074432
SN: 8
PC: 1

**Superior Court of the State of Washington for the County of Spokane**

Department No. 4

# JULIE M. MCKAY
### Judge

Lisa Gurkowski        Jody Keelin
Judicial Assistant      Court Reporter

1116 W. BROADWAY AVE, SPOKANE, WA 99260-0350
(509) 477-4707 • FAX: (509) 477-5714
dept4@spokanecounty.org

FILED
FEB 24 2025
Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

February 24, 2025

Marcus Sweetser
Isaiah Thomas Peterson
Sweetser Law Office, PLLC
1020 N Washington St
Spokane, WA 99201-2237

**Re:   JOHNSON, ANDREI vs CHIEF CRAIG MEIDL et al**
**No.   25-2-00744-32**

Dear Counsel:

This case has been assigned to Judge Julie M. McKay. A Case Assignment Notice was previously sent to you with a status conference date of **05/16/2025**. The status conference docket begins at 8:30 AM.

When you come to the conference, you will need to have a Joint Case Status Report filled out. The form is available on line at:
   http://www.spokanecounty.org/DocumentCenter/Home/View/3538
If you are unable to download the form, you can contact me and I will either e-mail, fax or send you a copy of the same. Judge McKay does require the completed form at the time of your status conference. Please note that the form is not to be filed with the Clerk.

Thank you for your attention in this regard.

Sincerely,

*[signature]*

Lisa R Gurkowski, Judicial Assistant to
Julie M. McKay, Superior Court Judge

cc: Court File