**EXHIBIT I**

```
                                            FILED
                                            2/28/2025
                                            Timothy W Fitzgerald
                                            Spokane County Clerk
                                The Honorable Judge Julie M. McKay
```

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

ANDREI JOHNSON, a single person,

                Plaintiff,

v.

CITY OF SPOKANE POLICE DEPARTMENT, CHIEF CRAIG MEIDL, NATE SPIERING, and TODD BELITZ, each in their personal and representative capacities,

                Defendants.

No. 25-2-00744-32

NOTICE OF APPEARANCE

**(Clerk's Action Required)**

**TO:**      ANDREI JOHNSON, Plaintiff

**AND TO:**  ALL COUNSEL OF RECORD

**AND TO:**  THE CLERK OF THE ABOVE-ENTITLED COURT

      Please be advised that the undersigned appears as attorneys of record for Defendants City Of Spokane Police Department, Chief Craig Meidl, Nate Spiering, and Todd Belitz, Defendants, without waiving any defects as to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process, insufficiency of service of process, misjoinder or nonjoinder, hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the rights of said parties, except than service of original process, or a Notice of Deposition of Defendants prior to service of process on that Defendants, be served upon the undersigned attorneys at the address stated below.

NOTICE OF APPEARANCE - 1
25-2-00744-32
1053-00020/741754

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED: February 28, 2025

        KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Brian C. Augenthaler*
    Brian C. Augenthaler, WSBA #44022
*Attorneys for Defendant City of Spokane Police Department, Meidl, Spiering and Belitz*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: baugenthaler@kbmlawyers.com

DATED: February 28, 2025

OFFICE OF THE SPOKANE CITY ATTORNEY

By: */s/ Nathaniel Odle*
    Nathaniel Odle, WSBA #39602
*Attorneys for Defendant City of Spokane Police Department, Meidl, Spiering and Belitz*

Office of the Spokane City Attorney
808 W Spokane Falls Blvd
Spokane, WA 99201-3333
T: (509) 625-6288
Email: nodle@spokanecity.org

NOTICE OF APPEARANCE - 2
25-2-00744-32
1053-00020/741754

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on February 28, 2025, a true and correct copy of the foregoing document was served upon the parties listed below via the method indicated:

**Attorneys for Plaintiff**

MARCUS SWEETS, WSBA No. 52895
ISAIAH T. PETERSON, WSBA No. 49794
SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
T: 509-328-0678
Email:  MSweetser@SweetserLawOffice.com; IPeterson@SweetserLawOffice.com

☑ E-mail     ☑ United States Mail     ☐ Legal Messenger

DATED this 28th day of February, 2025, at Seattle, Washington.

*/s/ Lindsey E. Martin*
Lindsey E. Martin, Legal Assistant

NOTICE OF APPEARANCE - 3
25-2-00744-32
1053-00020/741754

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423