The Honorable Mary K. Dimke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREI JOHNSON, a single person,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE POLICE DEPARTMENT, CHIEF CRAIG MEIDL, NATE SPIERING, and TODD BELITZ, each in their personal and representative capacities. ,<br><br>                Defendants. | No. 2:25-cv-00085-MKD<br><br>DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES<br><br>**JURY DEMAND** |

Defendants CITY OF SPOKANE POLICE DEPARTMENT, CHIEF CRAIG MEIDL, NATE SPIERING, AND TODD BELITZ, EACH IN THEIR PERSONAL AND REPRESENTATIVE CAPACITIES, in answer to ANDREI JOHNSON's Complaint, admit, deny, and allege as follows:

## I. INTRODUCTION

Defendants deny the allegations contained in these paragraphs (1.1 – 1.7).

## II. PARTIES

2.1 Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, deny the same.

2.2 Defendant deny that the City of Spokane Police Department is a proper party to this lawsuit but admit the allegations contained in his paragraph.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 1
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

2.3   Defendants admit the allegations contained in this paragraph.

2.4   Defendants admit the allegations contained in this paragraph.

2.5   Defendants admit the allegations contained in this paragraph.

2.6   Defendants deny the allegations contained in this paragraph.

### III.   JURISDICTION

3.1   Defendants admit that that the District Court before which this matter is pending is the proper venue and has personal jurisdiction over those Defendants which are capable of being sued; the remainder of this paragraph is denied.

3.2   Defendants admit that that the Court before which this matter is pending is the proper venue and has personal jurisdiction over those Defendants which are capable of being sued; the remainder of this paragraph is denied.

3.3   Defendants admit the allegations contained in his paragraph.

### IV.   FACTS

4.1   Defendants admit that Ms. Klieber called 911 and deny the remaining allegations contained in this paragraph.

4.2   Defendants deny the allegations contained in this paragraph.

4.3   Defendants deny the allegations contained in this paragraph.

4.4   Defendants admit that the responding officers attempted de-escalation and deny the remaining allegations contained in this paragraph.

4.5   Defendants admit that Mr. Johnson stabbed himself in the neck and deny the remaining allegations contained in his paragraph.

4.6   Defendants admit that the responding officers used less lethal force and deny the remaining allegations contained in his paragraph.

4.7   Defendants admit that the responding officers used less lethal force, including a 40 mm "blue nose" rounds and TASER, and deny the remaining allegations contained in his paragraph.

4.8   Defendants admit that Mr. Johnson experienced temporary neuromuscular

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 2
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

incapacitation and deny the remaining allegations contained in his paragraph.

4.9     Defendants deny the allegations contained in this paragraph.

4.10    Defendants deny the allegations contained in this paragraph.

4.11    Defendants deny the allegations contained in this paragraph.

4.12    Defendants deny the allegations contained in this paragraph.

4.13    Defendants deny the allegations contained in this paragraph.

4.14    Defendants deny the allegations contained in this paragraph.

4.15    Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, deny the same.

4.16    Defendants deny the allegations contained in this paragraph.

## V.    JURY DEMAND

Defendants join in Plaintiff's Jury Demand.

## VI.    CAUSES OF ACTION

6.1     Defendants admit the allegations contained in this paragraph.

6.2     Defendants deny the allegations contained in this paragraph as legal conclusions.

6.3     Defendants deny the allegations contained in this paragraph, including (a) and (b).

6.4     Defendants deny the allegations contained in this paragraph.

6.5     Defendants deny the allegations contained in this paragraph.

6.6     Defendants deny the allegations contained in this paragraph.

6.7     Defendants deny the allegations contained in this paragraph.

6.8     Defendants deny the allegations contained in this paragraph.

6.9     Defendants admit the allegations contained in this paragraph.

6.10    Defendants deny the allegations contained in this paragraph, including (a), (b), (c), (d), and (e).

6.11    Defendants deny the allegations contained in this paragraph as legal

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 3
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

conclusions, including (a), (b), (c), (d), and (e).

6.12   Defendants deny the allegations contained in this paragraph, including (a), (b), (c), (d), and (e).

6.13   Defendants deny the allegations contained in this paragraph.

6.14   Defendants deny the allegations contained in this paragraph.

6.15   Defendants deny the allegations contained in this paragraph.

6.16   Defendants deny the allegations contained in this paragraph.

6.17   Defendants admit the allegations contained in this paragraph.

6.18   Defendants deny the allegations contained in this paragraph as legal conclusions.

6.19   Defendants deny the allegations contained in this paragraph.

6.20   Defendants deny the allegations contained in this paragraph, including (a), (b), and (c).

6.21   Defendants deny the allegations contained in this paragraph.

6.22   Defendants deny the allegations contained in this paragraph.

6.23   Defendants deny the allegations contained in this paragraph.

6.24   Defendants deny the allegations contained in this paragraph.

6.25   Defendants deny the allegations contained in this paragraph.

6.26   Defendants deny the allegations contained in this paragraph.

6.27   Defendants admit the involved officers were acting as agents of the City of Spokane and deny the remaining allegations contained in this paragraph.

6.28   Defendants deny the allegations contained in this paragraph.

6.29   Defendants deny the allegations contained in this paragraph.

6.30   Defendants deny the allegations contained in this paragraph.

6.31   Defendants deny the allegations contained in this paragraph.

6.32   Defendants deny the allegations contained in this paragraph.

6.33   Defendants deny the allegations contained in this paragraph.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 4
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

6.34   Defendants deny the allegations contained in this paragraph.

6.35   Defendants deny the allegations contained in this paragraph.

6.36   Defendants deny the allegations contained in this paragraph.

6.37   Defendants deny the allegations contained in this paragraph.

6.38   Defendants deny the allegations contained in this paragraph as legal conclusions.

6.39   Defendants deny the allegations contained in this paragraph, including (a), (b), (c), and (d).

6.40   Defendants deny the allegations contained in this paragraph, including (a), (b), (c), and (d).

6.41   Defendants deny the allegations contained in this paragraph.

6.42   Defendants deny the allegations contained in this paragraph.

6.43   Defendants deny the allegations contained in this paragraph.

6.44   Defendants deny the allegations contained in this paragraph.

6.45   Defendants deny the allegations contained in this paragraph.

6.46   Defendants deny the allegations contained in this paragraph.

6.47   Defendants deny the allegations contained in this paragraph.

6.48   Defendants deny the allegations contained in this paragraph.

6.49   Defendants deny the allegations contained in this paragraph.

6.50   Defendants admit the allegations contained in this paragraph.

6.51   Defendants deny the allegations contained in this paragraph as legal conclusions.

6.52   Defendants admit the Defendants were acting within the course and scope of their employment and deny the remaining allegations contained in this paragraph as legal conclusions.

6.53   Defendants deny the allegations contained in this paragraph.

6.54   Defendants deny the allegations contained in this paragraph as legal

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 5
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

conclusions.

## VII.    DAMAGES

7.1    Defendants deny the allegations contained in this paragraph.

## VIII.    AFFIRMATIEVE DEFENSES

BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSE, Defendants state and allege as follows:

1.    **INTOXICATION:** That the injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by the fault of Plaintiff's intoxication.

2.    **FELONY:** That the injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by the fault of Plaintiff's commission of a felony.

3.    **CONTRIBUTORY FAULT:** That the injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by Plaintiff's negligence.

4.    **QUALIFIED IMMUNITY:** Defendants contend that Plaintiff's claims are barred by the doctrine of qualified immunity.

5.    **CAPACITY:** The City of Spokane Police Department is not a suable entity (i.e., is not legally capable of being sued). The proper municipal defendant, if any, would be the City of Spokane.

6.    **UNDUE HARDSHIP:** That accommodation would have imposed an undue hardship on operation of Defendants' business.

7.    **DIRECT THREAT:** That failure to enforce standards and qualifications would have posed a direct an immediate threat to the safety of Defendants and others that could not be reduced or eliminated by reasonable accommodation.

## IX.    DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendants CITY OF SPOKANE POLICE DEPARTMENT,

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 6
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

CHIEF CRAIG MEIDL, NATE SPIERING, AND TODD BELITZ pray for the following relief:

1. That Plaintiff's complaint be dismissed with prejudice, and that Plaintiff take nothing by his complaint;

2. That Defendants be allowed their statutory costs and reasonable attorney fees incurred herein; and

3. For such additional relief the Court may deem just and equitable.

## X. JURY TRIAL DEMANDED

The Defendants respectfully demand their right to a trial by jury in this matter.

DATED this 28th day of March, 2025.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Brian C. Augenthaler*
Brian C. Augenthaler, WSBA #44022
*Attorneys for Defendants City of Spokane Police Department, Meidl, Spiering, and Belitz*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: baugenthaler@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 7
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Marcus Sweets, WSBA No. 52895
Isaiah T. Peterson, WSBA No. 49794
SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
MSweetser@SweetserLawOffice.com
IPeterson@SweetserLawOffice.com
kjohnson@sweetserlawoffice.com
asmith@sweetserlawoffice.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

DATED: March 28, 2025

/s/ Lindsey E. Martin
Lindsey E. Martin, Legal Assistant

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 8
2:25-cv-00085-MKD
1053-00020/743886

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423