The Honorable Mary K. Dimke

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

ANDREI JOHNSON, a single person,

Plaintiff,

v.

CITY OF SPOKANE POLICE
DEPARTMENT, CHIEF CRAIG
MEIDL, NATE SPIERING, and
TODD BELITZ, each in their
personal and representative capacities,

Defendants.

No. 2:25-cv-00085-MKD

[PROPOSED]

STIPULATION FOR AND
ORDER OF DISMISSAL

[CLERK'S ACTION REQUIRED]

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Andrei Johnson and Defendants City of Spokane Police Department, Chief Craig Meidl, Nate Spiering, and Todd Belitz, each in their personal and representative capacities, that all of Plaintiff's claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:25-cv-00085-MKD
1053-00020/808140

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: July 9, 2026          SWEETSER LAW OFFICE, PLLC


*/s/ Marcus Sweetser (signed with email permission)*
Marcus Sweetser, WSBA No. 52895
Isaiah T. Peterson, WSBA No. 49794
SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
T: 509-328-0678
msweetser@SweetserLawOffice.com;
ipeterson@SweetserLawOffice.com;


Dated:  July 9, 2026          KEATING, BUCKLIN & McCORMACK, INC., P.S.


*/s/ Brian C. Augenthaler*
Brian C. Augenthaler, WSBA #44022
Attorneys for Defendants,
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861
baugenthaler@kbmlawyers.com

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that this case is dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2026.


_____
The Honorable Mary K. Dimke


STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:25-cv-00085-MKD
1053-00020/808140

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423